JOHN E. DONOVAN, Appellant, *v.* THE CITY OF NEW
YORK, Respondent.

*Donovan v. City of New York*, 179 App. Div. 909, affirmed.

(Argued April 25, 1919; decided May 20, 1919.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the second judicial
department, entered July 6, 1917, *unanimously* affirming
a judgment in favor of defendant entered upon a dis-
missal of the complaint by the court at a Trial Term
in an action to recover for alleged breach of contract.
Plaintiff entered into a contract with defendant to grade
Lyman avenue in the borough of Richmond. He was
to be paid seventy-five cents a cubic yard for excavating
and a similar amount for filling. The line of the street
crossed a bog or swamp and plaintiff alleged that he
was compelled to dump 6,688 cubic yards of filling in
order to obtain a solid foundation for the street. He
sought in this action to recover the contract price for
the amount of filling and for the amount of bog displaced
thereby. The answer, besides putting in issue the
material allegations of the complaint, plead as affirmative
defenses: (1) Payment; (2) the finality and conclusiveness

of the final certificate and the effect of the general release, and (3) that the contract, if given the construction sought to be placed upon it by the plaintiff, is *ultra vires* and void.

*John C. Wait* and *Howard G. Wilson* for appellant.

*William P. Burr*, Corporation Counsel (*Terence Farley*, *William E. C. Mayer* and *John F. Collins* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Collin, Cuddeback, Cardozo, Pound, Crane and Andrews, JJ.